**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CHRISTOPHER GENE LYMAN; JESSICA HELEN O'DANIEL,<br><br>          Plaintiff,<br><br>     v.<br><br>SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC; FIRST NLC FINANCIAL SERVICES, LLC; and DOES 1 through 100, inclusive,<br><br>          Defendants.<br>_____/ | No. C 11-00433<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

The case management conference in this matter set for Tuesday, July 12, 2011, is HEREBY VACATED and will be rescheduled upon resolution of the submitted motions to dismiss.

IT IS SO ORDERED.

Dated: July 8, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge