1  CHRISTOPHER J. NEARY (SBN: 69220)
   110 South Main Street, Suite C
2  Willits, CA 95490
3  Telephone: (707) 459-5551
   Email: cjneary@pacific.net
4  Attorneys for Plaintiffs CHRISTOPHER
5  GENE LYMAN and JESSICA HELEN
   O'DANIEL
6

7  ERIC D. HOUSER (SBN 130079)
   JASON K. BOSS (SBN 228147)
8  HOUSER & ALLISON, APC
9  9970 Research Drive
   Irvine, California  92618
10 Phone: (949) 679-1111
11 Fax: (949) 679-1112
   Email: jboss@houser-law.com
12 Attorneys for Defendants OCWEN LOAN
13 SERVICING, LLC, DEUTSCHE BANK NATIONAL
   TRUST COMPANY, AS TRUSTEE FOR IXIS REAL
14 ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH
15 CERTIFICATES, SERIES 2005-HE3, MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC., AND WESTERN PROGRESSIVE, LLC
16

17              UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA- EUREKA

19
   CHRISTOPHER GENE LYMAN;            | Case No: CV110433
20 JESSICA HELEN O'DANIEL,             |
                                       | **STIPULATION TO WITHDRAW
21                                     | CURRENTLY FILED *EX PARTE*
              Plaintiffs,              | APPLICATION FOR
22   vs.                               | TEMPORARY RESTRAINING
                                       | ORDER, TO SCHEDULED
23 SAXON MORTGAGE SERVICES,            | MOTION FOR PRELIMINARY
24 INC.; OCWEN LOAN SERVICING,         | INJUNCTION, AND TO ALLOW
   LLC; FIRST NLC FINANCIAL            | DEFENDANTS TO FILE
25 SERVICES, LLC; and DOES 1           | RESPONSIVE PLEADINGS TO
26 through 100 , inclusive             | SECOND AMENDED
                                       | COMPLAINT**
27            Defendants.              |
28

**TO THIS HONORABLE COURT AND TO ALL PARTIES HEREIN:**

**COMES NOW** Plaintiffs CHRISTOPHER GENE LYMAN and JESSICA HELEN O'DANIEL ("Plaintiffs") and Defendants OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as IXIS REAL ESTATE CAPITAL TRUST 2004-HE3), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WESTERN PROGRESSIVE, LLC ("Defendants") (Defendants and Plaintiffs shall hereinafter collectively be referenced as the "Parties"), through their respective counsel of record herein, hereby agree and stipulate to the following.

1. In light of Defendants' representation that the noticed and scheduled trustee sale of real property located at 1956 Clover Drive, Willits, California ("Property") has been postponed to December 9, 2011, Plaintiffs, through their undersigned counsel, hereby WITHDRAW their current *ex parte* application for a temporary restraining order.

2. The Parties, through their respective counsel, stipulate and agree that Plaintiffs' motion for a temporary restraining order, and an order to show cause re. issuance of a preliminary injunction, or in the alternative, motion for preliminary injunction, shall be scheduled for hearing, pending this Court's availability, on November 22, 2011 at 10:00 a.m. in Courtroom 205A (2nd Floor) of the above entitled Court[1].

---

[1] As a matter of convenience to the Court and the parties, Defendant Saxon Mortgage Services, Inc. has its Motion to Dismiss Plaintiffs' Second Amended Complaint scheduled for the same date, time, and location.

**STIPULATION**

3. The Parties, through their respective counsel, stipulate and agree that Defendants' responsive papers and/or a Motion to Dismiss the Second Complaint, if any, shall be filed and served by no later than October 21, 2011.

4. The Parties agree that if Defendants file a Motion to Dismiss the Second Complaint, the hearing of said Motion to Dismiss shall be scheduled, pending this Court's availability, for hearing on November 22, 2011; any opposition to said Motion to Dismiss shall be due to be filed and served by Plaintiffs by no later than November 2, 2011; and any reply papers shall be due to be filed and served by no later than November 9, 2011.

**IT SO AGREED AND STIPULATED.**

DATED: October 10, 2011                **CHRISTOPHER J. NEARY**

/s/
_____
Christopher J. Neary
Attorneys for Plaintiffs
CHRISTOPHER GENE LYMAN and
JESSICA HELEN O'DANIEL

///

///

///

///

///

///

[SIGNATURE LINE CONTINUED ON NEXT PAGE]

STIPULATION

| | |
|---|---|
| DATED: October 10, 2011 | HOUSER & ALLISON<br>A Professional Corporation<br><br>   /s/ Jason K. Boss<br>Eric D. Houser<br>Jason K. Boss<br>Attorneys for Defendants OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as IXIS REAL ESTATE CAPITAL TRUST 2004-HE3), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WESTERN PROGRESSIVE, LLC |

## ORDER

Based on the foregoing stipulation of the parties hereto, the above listed dates are hereby accepted by this Court.

Plaintiffs' *ex parte* application is hereby ordered WITHDRAWN.

Plaintiffs' motion for a temporary restraining order and an order to show cause hearing regarding issuance of a preliminary injunction, or in the alternative, motion for preliminary injunction shall be heard on November 22, 2011 at 10:00 a.m. in Courtroom 205A of the above entitled Court.

**STIPULATION**

1  Defendants shall have until October 21, 2011 in which to file and serve
2  responsive pleadings and/or a Motion to Dismiss Plaintiffs' Second Amended
3  
4  Complaint.  If a Motion to Dismiss is filed by Defendants, it shall be heard on
5  November 22, 2011 at 10:00 a.m. in Courtroom 205A of the above entitled Court.
6  Any opposition to Defendants' Motion to Dismiss shall be filed and served by
7  
8  Plaintiffs by no later than November 1, 2011, and any Reply papers shall be filed
9  and served by no later than November 9, 2011.
10  **IT IS HEREBY ORDERED AND ADJUDGED.**

DATE: October 11, 2011

_____
**HONORABLE NADOR J. VADAS,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA, JUDGE**

**STIPULATION**

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On October 11, 2011, I served the following document described as:

**STIPULATION TO WITHDRAW CURRENTLY FILED *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, TO SCHEDULED MOTION FOR PRELIMINARY INJUNCTION, AND TO ALLOW DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO SECOND AMENDED COMPLAINT**

On the following interested parties in this action:

| | |
|---|---|
| **Christopher James Neary**<br>Attorney at Law<br>110 So. Main St., #C<br>Willits, CA 95490<br>E-Mail: cjneary@pacific.net<br>*Attorney for Plaintiffs* | **Christopher Lee Peterson**<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17935<br>San Diego, CA 92177-0935<br>E-Mail: cpeterson@piteduncan.com<br>*Attorneys for Saxon Mortgage Services, Inc.* |

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on October 11, 2011, at Irvine, California.

_____
Kokie Nguyen