**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CHRISTOPHER GENE LYMAN; JESSICA HELEN O'DANIEL, <br><br> Plaintiff, <br><br> v. <br><br> SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC; FIRST NLC FINANCIAL SERVICES, LLC; and DOES 1 through 100, inclusive, <br><br> Defendants. <br> _____/ | No. C 11-00433 <br><br> ORDER RE STIPULATION TO CONTINUE MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT |

Pursuant to the stipulation of the parties filed in this Court on November 2, 2011, Plaintiffs' Motion for a Preliminary Injunction and all Defendants' Motions to Dismiss are HEREBY CONTINUED for hearing to January 3, 2012, at 2:30 in Courtroom 205A of the Eureka Court. Any oppositions shall be filed no later than December 12, 2011, and any replies shall be filed no later than December 19, 2011.

It is further ordered that in light of the rescheduling of the trustee sale until January 24, 2012, and in light of the stipulation of the parties, a temporary restraining order is in place and Defendants shall refrain from proceeding with a trustee sale of the property located at 1956 Clover Drive, Willits, California, until either a further order of this Court or January 3, 2011, whichever occurs first.

IT IS SO ORDERED.

Dated: November 4, 2011

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE