CHRISTOPHER J. NEARY
Attorney at Law, #69220
110 South Main Street, Suite C
Willits, CA 95490
Telephone: (707) 459-5551
email: cjneary@pacific.net

Attorney for Plaintiffs,
CHRISTOPHER GENE LYMAN and
JESSICA HELEN O'DANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - EUREKA

| | |
|---|---|
| CHRISTOPHER GENE LYMAN; JESSICA HELEN O'DANIEL,<br><br>　　Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., a Delaware corporation; XZVR, INC., a California corporation; WESTERN PROGRESSIVE, LLC, a Delaware limited liability company; DEUTSCHE BANK NATIONAL TRUST COMPANY, a Tennessee corporation; IXIS REAL ESTATE CAPITAL TRUST 2005-HE-3; SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC; and DOES 6 through 1000, inclusive; DOES 1001 through 2500, inclusive,<br><br>　　Defendants.<br>_____ | UNLIMITED<br>Case No. C11-00433 NJV<br><br>[Proposed] PRELIMINARY INJUNCTION |

　　The Court having heard the arguments of the parties, and having reviewed the documents and papers on file herein, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that, pending further order of this Court or judgment herein, defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, erroneously sued herein as MORTGAGE ELECTRONIC REGISTRATION

SERVICES, INC.; XZVR, INC., a California corporation; WESTERN PROGRESSIVE, LLC, a Delaware limited liability company; DEUTSCHE BANK NATIONAL TRUST COMPANY, a Tennessee corporation; IXIS REAL ESTATE CAPITAL TRUST 2005-HE-3; SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC and., their agents, employees, servants, and all persons acting under, in concert with or for them are restrained and enjoined from proceeding with a foreclosure on that certain real property commonly known as 1956 Clover Drive, Willits, Mendocino County, California which is more specifically described as follows:

> Block 37, Lot 7, of Tract 86, Brooktrails Vacation Village Subdivision as per map filed August 17, 1966 in Case 2, Drawer 7, Page 1, Mendocino County Records as amended by Map filed August 16, 1967, in Map Case 2, Drawer 7, Page 2;
>
> Excepting and reserving all the water and water rights in, under or flowing over said property or appurtenant thereto;
>
> Excepting and reserving therefrom fifty percent (50%) of all oil, gas and other mineral and hydrocarbon substances below a plane five hundred feet beneath the surface thereof, but without the right of surface entry thereto, as reserved and excepted by the Bank of California, National Association, a National Banking Association.
>
> A.P.N.   099-132-08-01

This preliminary injunction shall remain in effect until April 6, 2012 or further order of this Court whichever first occurs.

Plaintiffs shall pay the sum of $1,l38.50 as a condition of the issuance of this preliminary injunction and for a bond; to be paid to an interest bearing Trust Account in care of Plaintiffs' counsel, Christopher J. Neary on or before the 15th day of each month, commencing February 1, 2012, which sums shall be held in trust for the legal beneficiary of the underlying Note and Deed of Trust at issue herein on the foregoing described property.   Plaintiffs shall further timely pay all taxes, insurance, and utility payments regarding the Property falling due within the time period this injunction is in effect.  Counsel shall provide the Court and the parties with a status report regarding the balance of the Trust Account on a monthly basis, which report shall be submitted to the Court on or before the 15th day of each month, commencing on February 15, 2012.

1  Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY and/or OCWEN
2  LOAN SERVICING, LLC may draw upon the deposited funds at any time upon ten days' written
3  notice to the Court upon agreeing to indemnify Plaintiffs from any damages they might suffer as
4  a result of any other person or entity with a superior right to the claim of Defendant DEUTSCHE
5  BANK NATIONAL TRUST COMPANY as beneficiary making a successful demand for payment
6  of the secured obligation.

7  Funds on deposit in the interest bearing trust account shall be under the control of the
8  Court to be disbursed as the Court may order.

9  In the event that this Preliminary Injunction expires prior to further order of the Court,
10 Plaintiffs may without the requirement of further briefing apply for an extension of this injunction
11 on an *ex parte* basis.

13 DATED: January 9, 2012

   _____
   THE HONORABLE NANDOR J. VADAS
14 Magistrate Judge of the U.S. District Court

16 Approved as to form:

17 HOUSER & ALLISON, APC

     ____/s/_____
19 JASON K. BOSS
   Attorneys for Defendants
20 DEUTSCHE BANK NATIONAL TRUST COMPANY,
   a Tennessee corporation; IXIS REAL ESTATE
21 CAPITAL TRUST 2005-HE-3; OCWEN LOAN SERVICING, LLC

24 I, CHRISTOPHER J. NEARY, as custodian of the Trust Account into which all monthly
25 payments by Plaintiffs will be deposited in compliance with this order, agree to the terms and
26 conditions of this Order and will comply with its terms and/or any other Order from this Court
27 concerning the funds to be deposited in compliance with this Order. I understand and agree that the
28 funds deposited into the trust account shall remain under the control of the Court pursuant to this

1  Order, and I agree that the funds will not be disbursed to anyone except as directed by written
2  agreement between the Defendants named herein above and Plaintiffs, or the above-entitled Court's
3  Order.
4        I SO AGREE.
5                                    NEARY AND O'BRIEN

6  DATED:   January 6, 2012            _____/s/_____
7                                    CHRISTOPHER J. NEARY
                                     Attorneys for Plaintiffs,
8                                    CHRISTOPHER LYMAN and
                                     JESSICA O'DANIEL