1  CHRISTOPHER J. NEARY (SBN: 69220)
   110 South Main Street, Suite C
2  Willits, CA 95490
   Telephone: (707) 459-5551
3  Email: cjneary@pacific.net
4  Attorneys for Plaintiffs

5  ERIC D. HOUSER (SBN 130079)
   JASON K. BOSS (SBN 228147)
6  HOUSER & ALLISON, APC
   9970 Research Drive
7  Irvine, California  92618
   Phone: (949) 679-1111
8  Email: jboss@houser-law.com
9  Attorneys for Defendants

10                       UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA- EUREKA

12 | CHRISTOPHER GENE LYMAN; JESSICA | Case No: CV110433
13 | HELEN O'DANIEL,
   |                                  | **STIPULATION RE. EXTENSION OF**
14 |                Plaintiffs,       | **TIME TO FILE REPLY TO**
   | vs.                              | **PLAINTIFFS' OPPOSITION TO**
15 |                                  | **DEFENDANTS' MOTION TO DISMISS**
16 | SAXON MORTGAGE SERVICES, INC.;
   | OCWEN LOAN SERVICING, LLC; FIRST | Date: May 15, 2012
17 | NLC FINANCIAL SERVICES, LLC; and | Time: 10:00 a.m.
   | DOES 1 through 100, inclusive    | Ctrm: 205a
18 |
   |                Defendants.
19

20    **IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs CHRISTOPHER GENE

21 LYMAN and JESSICA HELEN O'DANIEL (collectively "Plaintiffs") and Defendants OCWEN

22 LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS

23 TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS

24 THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK

25 NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS

26 TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS

27 THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as IXIS REAL ESTATE

28 CAPITAL TRUST 2004-HE3), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

---

**STIPULATION GRANTING EXTENSION TO FILE REPLY RE. MOTION TO DISMISS TAC**

INC., AND WESTERN PROGRESSIVE, LLC (collectively "Defendants") by and through their respective counsel of record herein, that:

Whereas Defendants have filed a Motion to Dismiss Plaintiffs' Third Amended Complaint ("TAC") currently scheduled for hearing before this Court on May 15, 2012;

Whereas Plaintiffs have filed an Opposition to Defendants' Motion to Dismiss the TAC, and Defendants' Reply to Plaintiffs' Opposition to the Motion to Dismiss the TAC was currently due, pursuant to Local Rule, on April 16, 2012; and

Whereas the Parties have agreed that Defendants shall be permitted a nine (9) day extension in which to file and serve their Reply to Plaintiffs' Opposition to the Motion to Dismiss the TAC **until April 25, 2012**.

**IT SO AGREED AND STIPULATED.**

DATED: April 10, 2012          **NEARY AND O'BRIEN**

/s/ Christopher J. Neary
Christopher J. Neary
Attorneys for Plaintiffs CHRISTOPHER GENE LYMAN and JESSICA HELEN O'DANIEL

DATED: April 10, 2012          **HOUSER & ALLISON**

/s/ Jason K. Boss
Jason K. Boss
Attorneys for Defendants OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as IXIS REAL ESTATE CAPITAL TRUST 2004-HE3), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WESTERN PROGRESSIVE, LLC

*[Proposed Order on Next Page]*

## ORDER

This Honorable Court, having reviewed the Stipulation of the Parties herein above and finding good cause therefore, hereby orders as follows:

Defendants OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as IXIS REAL ESTATE CAPITAL TRUST 2004-HE3), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WESTERN PROGRESSIVE, LLC (collectively "Defendants") shall be granted until **April 25, 2012** to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: April 11, 2012

HONORABLE NANDOR J. VADAS
United States Magistrate Judge,
United States District Court,
Northern District of California, Eureka Division

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On April 10, 2012, I served the following document described as:

**STIPULATION RE. EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

On the following interested parties in this action:

| | |
|---|---|
| **Christopher James Neary** | **Christopher Lee Peterson** |
| Attorney at Law | Pite Duncan, LLP |
| 110 So. Main St., #C | 4375 Jutland Drive, Suite 200 |
| Willits, CA 95490 | P.O. Box 17935 |
| E-Mail: cjneary@pacific.net | San Diego, CA 92177-0935 |
| *Attorney for Plaintiffs* | E-Mail: cpeterson@piteduncan.com |
| | *Attorneys for Saxon Mortgage Services, Inc.* |

[X] **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 10, 2012, at Irvine, California.

Kokie Nguyen