1  CHRISTOPHER J. NEARY (SBN: 69220)
   110 South Main Street, Suite C
2  Willits, CA 95490
   Telephone: (707) 459-5551
3  Email: cjneary@pacific.net
4  Attorneys for Plaintiffs

5  ERIC D. HOUSER (SBN 130079)
   JASON K. BOSS (SBN 228147)
6  HOUSER & ALLISON, APC
   9970 Research Drive
7  Irvine, California  92618
   Phone: (949) 679-1111
8  Email: jboss@houser-law.com
9  Attorneys for Defendants

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA- EUREKA

12 

| CHRISTOPHER GENE LYMAN; JESSICA HELEN O'DANIEL,<br><br>Plaintiffs,<br>vs.<br><br>SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC; FIRST NLC FINANCIAL SERVICES, LLC; and DOES 1 through 100 , inclusive<br><br>Defendants. | Case No: CV110433<br><br>**STIPULATION RE. EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: May 15, 2012<br>Time: 10:00 a.m.<br>Ctrm: 205a |
|---|---|

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs CHRISTOPHER GENE LYMAN and JESSICA HELEN O'DANIEL (collectively "Plaintiffs") and Defendants OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as IXIS REAL ESTATE CAPITAL TRUST 2004-HE3), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

1  INC., AND WESTERN PROGRESSIVE, LLC (collectively "Defendants") by and through their
2  respective counsel of record herein, that:
3       Whereas Defendants have filed a Motion to Dismiss Plaintiffs' Third Amended
4  Complaint ("TAC") currently scheduled for hearing before this Court on May 15, 2012;
5       Whereas Plaintiffs have filed an Opposition to Defendants' Motion to Dismiss the TAC,
6  and Defendants' Reply to Plaintiffs' Opposition to the Motion to Dismiss the TAC was currently
7  due, pursuant to Local Rule, on April 16, 2012; and
8       Whereas the Parties have agreed that Defendants shall be permitted a nine (9) day
9  extension in which to file and serve their Reply to Plaintiffs' Opposition to the Motion to
10 Dismiss the TAC **until April 25, 2012**.
11      **IT SO AGREED AND STIPULATED.**
12 DATED: April 10, 2012              **NEARY AND O'BRIEN**

                                     /s/ Christopher J. Neary
                                     Christopher J. Neary
                                     Attorneys for Plaintiffs CHRISTOPHER
                                     GENE LYMAN and JESSICA HELEN
                                     O'DANIEL

17 DATED: April 10, 2012              **HOUSER & ALLISON**

                                     /s/ Jason K. Boss
                                     Jason K. Boss
                                     Attorneys for Defendants OCWEN LOAN
                                     SERVICING, LLC, DEUTSCHE BANK
                                     NATIONAL TRUST COMPANY, AS
                                     TRUSTEE FOR IXIS REAL ESTATE
                                     CAPITAL TRUST 2005-HE3 MORTGAGE
                                     PASS THROUGH CERTIFICATES, SERIES
                                     2005-HE3 (erroneously sued as DEUTSCHE
                                     BANK NATIONAL TRUST COMPANY),
                                     DEUTSCHE BANK NATIONAL TRUST
                                     COMPANY, AS TRUSTEE FOR IXIS REAL
                                     ESTATE CAPITAL TRUST 2005-HE3
                                     MORTGAGE PASS THROUGH
                                     CERTIFICATES, SERIES 2005-HE3
                                     (erroneously sued as IXIS REAL ESTATE
                                     CAPITAL TRUST 2004-HE3), MORTGAGE
                                     ELECTRONIC REGISTRATION SYSTEMS,
                                     INC., AND WESTERN PROGRESSIVE,LLC

28 *[Proposed Order on Next Page]*

## ORDER

This Honorable Court, having reviewed the Stipulation of the Parties herein above and finding good cause therefore, hereby orders as follows:

Defendants OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as IXIS REAL ESTATE CAPITAL TRUST 2004-HE3), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WESTERN PROGRESSIVE, LLC (collectively "Defendants") shall be granted until **April 25, 2012** to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: April 11, 2012

HONORABLE NANDOR J. VADAS
United States Magistrate Judge,
United States District Court,
Northern District of California, Eureka Division

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On April 10, 2012, I served the following document described as:

**STIPULATION RE. EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

On the following interested parties in this action:

| | |
|---|---|
| **Christopher James Neary** | **Christopher Lee Peterson** |
| Attorney at Law | Pite Duncan, LLP |
| 110 So. Main St., #C | 4375 Jutland Drive, Suite 200 |
| Willits, CA 95490 | P.O. Box 17935 |
| E-Mail: cjneary@pacific.net | San Diego, CA 92177-0935 |
| *Attorney for Plaintiffs* | E-Mail: cpeterson@piteduncan.com |
| | *Attorneys for Saxon Mortgage Services, Inc.* |

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 10, 2012, at Irvine, California.

*/s/ Kokie Nguyen*
Kokie Nguyen

---

**STIPULATION GRANTING EXTENSION TO FILE REPLY RE. MOTION TO DISMISS TAC**