CHRISTOPHER J. NEARY (SBN: 69220)
110 South Main Street, Suite C
Willits, CA 95490
Telephone: (707) 459-5551
Email: cjneary@pacific.net
Attorneys for Plaintiffs

ERIC D. HOUSER (SBN 130079)
JASON K. BOSS (SBN 228147)
HOUSER & ALLISON, APC
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111
Email: jboss@houser-law.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA- EUREKA

| | |
|---|---|
| CHRISTOPHER GENE LYMAN; JESSICA HELEN O'DANIEL,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC; FIRST NLC FINANCIAL SERVICES, LLC; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No: CV110433<br><br>**STIPULATION RE. EXTENSION OF TIME TO APRIL 27, 2012 TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: May 15, 2012<br>Time: 10:00 a.m.<br>Ctrm: 205a |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs CHRISTOPHER GENE LYMAN and JESSICA HELEN O'DANIEL (collectively "Plaintiffs") and Defendants OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as IXIS REAL ESTATE CAPITAL TRUST 2004-HE3), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

INC., AND WESTERN PROGRESSIVE, LLC (collectively "Defendants") by and through their respective counsel of record herein, that:

Whereas Defendants have filed a Motion to Dismiss Plaintiffs' Third Amended Complaint ("TAC") currently scheduled for hearing before this Court on May 15, 2012;

Whereas Plaintiffs have filed an Opposition to Defendants' Motion to Dismiss the TAC, and Defendants' Reply to Plaintiffs' Opposition to the Motion to Dismiss the TAC was currently due April 25, 2012; and

Whereas the Parties have agreed that Defendants shall be permitted a two (2) day extension in which to file and serve their Reply to Plaintiffs' Opposition to the Motion to Dismiss the TAC **until April 27, 2012.**

**IT SO AGREED AND STIPULATED.**

DATED: April 22, 2012          **NEARY AND O'BRIEN**

　　　　　　　　　　　　　　　　/s/ Christopher J. Neary
　　　　　　　　　　　　　　　　Christopher J. Neary
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs CHRISTOPHER
　　　　　　　　　　　　　　　　GENE LYMAN and JESSICA HELEN
　　　　　　　　　　　　　　　　O'DANIEL

DATED: April 22, 2012          **HOUSER & ALLISON**

　　　　　　　　　　　　　　　　/s/ Jason K. Boss
　　　　　　　　　　　　　　　　Jason K. Boss
　　　　　　　　　　　　　　　　Attorneys for Defendants OCWEN LOAN
　　　　　　　　　　　　　　　　SERVICING, LLC, DEUTSCHE BANK
　　　　　　　　　　　　　　　　NATIONAL TRUST COMPANY, AS
　　　　　　　　　　　　　　　　TRUSTEE FOR IXIS REAL ESTATE
　　　　　　　　　　　　　　　　CAPITAL TRUST 2005-HE3 MORTGAGE
　　　　　　　　　　　　　　　　PASS THROUGH CERTIFICATES, SERIES
　　　　　　　　　　　　　　　　2005-HE3 (erroneously sued as DEUTSCHE
　　　　　　　　　　　　　　　　BANK NATIONAL TRUST COMPANY),
　　　　　　　　　　　　　　　　DEUTSCHE BANK NATIONAL TRUST
　　　　　　　　　　　　　　　　COMPANY, AS TRUSTEE FOR IXIS REAL
　　　　　　　　　　　　　　　　ESTATE CAPITAL TRUST 2005-HE3
　　　　　　　　　　　　　　　　MORTGAGE PASS THROUGH
　　　　　　　　　　　　　　　　CERTIFICATES, SERIES 2005-HE3
　　　　　　　　　　　　　　　　(erroneously sued as IXIS REAL ESTATE
　　　　　　　　　　　　　　　　CAPITAL TRUST 2004-HE3), MORTGAGE
　　　　　　　　　　　　　　　　ELECTRONIC REGISTRATION SYSTEMS,
　　　　　　　　　　　　　　　　INC., AND WESTERN PROGRESSIVE,LLC

*[Proposed Order on Next Page]*

## ORDER

This Honorable Court, having reviewed the Stipulation of the Parties herein above and finding good cause therefore, hereby orders as follows:

Defendants OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as IXIS REAL ESTATE CAPITAL TRUST 2004-HE3), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WESTERN PROGRESSIVE, LLC (collectively "Defendants") shall be granted until **April 27, 2012** to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: April 23, 2012

HONORABLE NANDOR J. VADAS
United States Magistrate Judge,
United States District Court,
Northern District of California, Eureka Division

---

**STIPULATION GRANTING EXTENSION TO FILE REPLY RE. MOTION TO DISMISS TAC**