1 | PETER J. SALMON (SBN 174386)
  | LAUREL I. HANDLEY (SBN 231249)
2 | CHRISTOPHER L. PETERSON (SBN 215069)
  | ELIZABETH C. THOMPSON (SBN 280056)
3 | PITE DUNCAN, LLP
  | 4375 JUTLAND DRIVE, SUITE 200
4 | P.O. BOX 17935
  | SAN DIEGO, CA 92177-0935
5 | TELEPHONE: (858) 750-7600
  | FACSIMILE: (619) 590-1385
6 | E-Mail: ethompson@piteduncan.com

7 | Attorneys for Defendant SAXON MORTGAGE SERVICES, INC.

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA - EUREKA**

| | |
|---|---|
| CHRISTOPHER GENE LYMAN; JESSICA HELEN O'DANIEL, | Case No. 1:11-CV-00433-NJV |
| Plaintiffs, | STIPULATION TO GRANT EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT |
| v. | |
| SAXON MORTGAGE SERVICE, INC.; OCWEN LOAN SERVICING, LLC; FIRST NLC FINANCIAL SERVICES, LLC; and DOES 1 through 100, Inclusive, | Complaint Filed:   December 29, 2010<br>Trial Date: |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs CHRISTOPHER GENE LYMAN and JESSICA HELEN O'DANIEL (collectively, "Plaintiffs") and Defendant SAXON MORTGAGE SERVICES, INC. ("Saxon") by and through their respective counsel that:

Whereas the Court's February 7, 2012 Order on Saxon's Motion to Dismiss [Doc. 78] granted Plaintiffs thirty (30) days to file an amended complaint, and correspondingly granted Saxon twenty (20) days to file a response in the event Plaintiffs filed an amended complaint;

Whereas Plaintiffs filed a Third Amended Complaint on March 7, 2012 [Doc. 80];

Whereas based upon the Court's February 7, 2012 Order and Plaintiffs' filing of the Third Amended Complaint, Saxon's responsive pleading was due March 27, 2012;

/././

/././

-1-

Whereas the parties have agreed that Saxon shall be granted an extension until May 8, 2012, to file an Answer to the Third Amended Complaint.

Dated:  April 25, 2012                                  PITE DUNCAN, LLP


                                                         /s/ *Elizabeth C. Thompson*
                                                        ELIZABETH C. THOMPSON
                                                        LAUREL I. HANDLEY
                                                        Attorneys for Defendant SAXON MORTGAGE SERVICES, INC.


Dated: April 25, 2012                                    /s/ *Christopher J. Neary*
                                                        CHRISTOPHER J. NEARY
                                                        Attorney for Plaintiffs CHRISTOPHER GENE LYMAN and JESSICA HELEN O'DANIEL


**ORDER**

The Court having reviewed the Stipulation of the parties, and finding good cause therefor, hereby orders as follows:

1. Defendant Saxon Mortgage Services, Inc. shall be granted until May 8, 2012, to file an Answer to Plaintiff's Third Amended Complaint.

**IT IS SO ORDERED.**

Dated:  4/26/12                                         _____
                                                        NANDOR J. VADAS
                                                        UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on April 25, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Christopher James Neary<br>Attorney at Law<br>110 So. Main St., #C<br>Willits, CA 95490<br>Email: cjneary@pacific.net<br>*Attorney for Plaintiffs* | Jason Kyle Boss<br>Bryan Matthew Thomas<br>Eric D. Houser<br>Houser and Allison, APC<br>9970 Research Drive<br>Irvine, CA 92618<br>Email: Jboss@houser-law.com<br>Email: bthomas@houser-law.com<br>Email: ehouser@houser-law.com<br>*Attorneys for Defendants Ocwen Loan Servicing, LLC; Mortgage Electronic Registration Services, Inc.; XZVR, Inc.; Western Progressive, LLC; Deutsche Bank National Trust Company; and IXIS Real Estate Capital Trust 2005-HE-3* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of April 2012, at San Diego, California.

_____
MARSHA L. JOHNSON