CHRISTOPHER J. NEARY
Attorney at Law, #69220
110 South Main Street, Suite C
Willits, CA 95490
Telephone: (707) 459-5551
email: cjneary@pacific.net

Attorney for Plaintiffs,
CHRISTOPHER GENE LYMAN and
JESSICA HELEN O'DANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - EUREKA

| | |
|---|---|
| CHRISTOPHER GENE LYMAN; JESSICA HELEN O'DANIEL,<br><br>    Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., a Delaware corporation; XZVR, INC., a California corporation; WESTERN PROGRESSIVE, LLC, a Delaware limited liability company; DEUTSCHE BANK NATIONAL TRUST COMPANY, a Tennessee corporation; IXIS REAL ESTATE CAPITAL TRUST 2005-HE-3; SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC; and DOES 6 through 1000, inclusive; DOES 1001 through 2500, inclusive,<br><br>    Defendants. | UNLIMITED<br>Case No. C11-00433 NJV<br><br>[~~Proposed~~] ORDER RE MAINTENANCE OF PRELIMINARY INJUNCTION PURSUANT TO STIPULATION |

   Pursuant to the stipulation of the parties hereto filed on April 10, 2012 (ECF #90), and good cause appearing therefore,

   IT IS HEREBY ORDERED as follows:

   1.   Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, erroneously sued herein as MORTGAGE ELECTRONIC

REGISTRATION SERVICES, INC.; XZVR, INC., a California corporation; WESTERN PROGRESSIVE, LLC, a Delaware limited liability company; DEUTSCHE BANK NATIONAL TRUST COMPANY, a Tennessee corporation; IXIS REAL ESTATE CAPITAL TRUST 2005-HE-3; SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC and their agents, employees, servants, and all persons acting under, in concert with or for them shall refrain from and are hereby enjoined from proceeding with a foreclosure on that certain real property commonly known as 1956 Clover Drive, Willits, Mendocino County, California which is more specifically described as follows:

> Block 37, Lot 7, of Tract 86, Brooktrails Vacation Village Subdivision as per map filed August 17, 1966 in Case 2, Drawer 7, Page 1, Mendocino County Records as amended by Map filed August 16, 1967, in Map Case 2, Drawer 7, Page 2;
>
> Excepting and reserving all the water and water rights in, under or flowing over said property or appurtenant thereto;
>
> Excepting and reserving therefrom fifty percent (50%) of all oil, gas and other mineral and hydrocarbon substances below a plane five hundred feet beneath the surface thereof, but without the right of surface entry thereto, as reserved and excepted by the Bank of California, National Association, a National Banking Association.
>
> A.P.N.  099-132-08-01

until further order of this Court.

2.  Plaintiffs shall continue to pay the sum of $1,138.50 as a condition of the issuance of this preliminary injunction and for a bond; to be paid in the interest bearing Trust Account in care of Plaintiffs' counsel, Christopher J. Neary on or before the 15th day of each month, commencing April 15, 2012, which sums shall be held in trust for the legal beneficiary of the underlying Note and Deed of Trust at issue herein on the foregoing described property. Plaintiffs shall further timely pay all taxes, insurance, and utility payments regarding the Property falling due within the time period this injunction is in effect. Counsel shall provide the Court and the parties with a status report regarding the balance of the Trust Account on a monthly basis, which report shall be submitted to the Court on or before the 15th day of each month, commencing on April 15, 2012.

3. Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY and/or OCWEN LOAN SERVICING, LLC may draw upon the deposited funds at any time upon ten days' written notice to the Court upon agreeing to indemnify Plaintiffs from any damages they might suffer as a result of any other person or entity with a superior right to the claim of Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY as beneficiary making a successful demand for payment of the secured obligation.

Funds on deposit in the interest bearing trust account shall be under the control of the Court to be disbursed as the Court may order.

4. All parties reserved all rights under a motion or *ex parte* motion (and opposition thereto) for a preliminary injunction.

DATED: May 7, 2012

THE HONORABLE NANDOR J. VADAS
Magistrate Judge of the U.S. District Court

Approved as to form:

HOUSER & ALLISON, APC

/s/
_____
JASON K. BOSS
Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST COMPANY,
a Tennessee corporation; IXIS REAL ESTATE
CAPITAL TRUST 2005-HE-3; OCWEN LOAN SERVICING, LLC

NEARY and O'BRIEN

/s/
_____
CHRISTOPHER J. NEARY
Attorneys for Plaintiffs,
CHRISTOPHER GENE LYMAN
and JESSICA HELEN O'DANIEL