ERIC D. HOUSER (SBN 130079)
JASON K. BOSS (SBN 228147)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California  92618
Phone: (949) 679-1111
Fax: (949) 679-1112
Email: jboss@houser-law.com

Attorneys for Defendants OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3 (erroneously sued as IXIS REAL ESTATE CAPITAL TRUST 2005-HE3), AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and WESTERN PROGRESSIVE, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA—EUREKA**

| | |
|---|---|
| CHRISTOPHER GENE LYMAN; JESSICA HELEN O'DANIEL,<br><br>              Plaintiffs,<br>     vs.<br><br>SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC; FIRST NLC FINANCIAL SERVICES, LLC; and DOES 1 through 100 , inclusive<br><br>              Defendants. | Case No: 1:11-cv-00433-NJV<br><br>[~~PROPOSED~~] CASE MANAGEMENT ORDER |

On July 24, 2012 at approximately 2:00 p.m., this Court called a scheduled and ordered Case Management Conference for hearing.  Christopher Neary

1  appeared on behalf of Plaintiffs CHRISTOPHER GENER LYMAN AND
2  JESSICA O'DANIEL ("Plaintiffs").  Jason K. Boss appeared on behalf of
3  Defendants OCWEN LOAN SERVICING, LLC ("Ocwen"), DEUTSCHE BANK
4  NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE
5  CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH
6  CERTIFICATES, SERIES 2005-HE3 (erroneously sued as DEUTSCHE BANK
7  NATIONAL TRUST COMPANY), DEUTSCHE BANK NATIONAL TRUST
8  COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-
9  HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3
10 (erroneously sued as IXIS REAL ESTATE CAPITAL TRUST 2005-HE3)
11 ("Deutsche Bank as Trustee"), MORTGAGE ELECTRONIC REGISTRATION
12 SYSTEMS, INC. ("MERS"), WESTERN PROGRESSIVE, LLC (collectively
13 "Defendants").  Elizabeth Thompson appeared on behalf of Defendant SAXON
14 MORTGAGE SERVICES, INC. ("Saxon").

15 The Court having reviewed the parties' previously filed Joint Case
16 Management Statement, and having found good cause appearing herein, adopted,
17 in part, the Joint Case Management Statement, and herein **ORDERS** as follows:

18 The last day for the parties to join additional parties to this case is scheduled
19 for **August 24, 2012.**

20 Expert reports from retained experts under *F.R.C.P.* Rule 26(a)(2) are due
21 to be filed and served by no later than **February 1, 2013.**  Supplementation of
22 Disclosures and Responses shall be governed by *Federal Rules of Civil*
23 *Procedure.*

24 The last day to complete discovery, including expert and general discovery,
25 shall be **April 15, 2013.**

26 The last day to file potentially dispositive motions shall be **June 3, 2013**.

27 The last day for this Court to hear potentially dispositive motions shall be
28 **July 2, 2013**.

1   The last day for the parties to engage in a settlement conference and/or
2   complete Alternative Dispute Resolution (ADR) shall be **August 1, 2013**.
3   A Final Pre-Trial Status Conference shall be conducted on **August 12, 2013**
4   at 9:00 a.m.  At that time all pre-trial documents, including trial briefs, jury
5   instructions, voir dire questions, and motions in limine, shall be submitted.
6   Trial of the above entitled matter shall begin on **August 26, 2013** at 9:00
7   a.m. in Department 205a of above court located at 514 H. Street, Eureka,
8   California.

**IT IS SO ORDERED.**

Dated: August 1, 2012    _____
                         HON. NANDOR J. VADAS

CASE MANAGEMENT ORDER
3

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On July 27, 2012, I served the following document described as:

**[PROPOSED] CASE MANAGEMENT ORDER**

On the following interested parties in this action:

| | |
|---|---|
| Christopher James Neary<br>Attorney at Law<br>110 So. Main St., #C<br>Willits, CA 95490<br>cjneary@pacific.net | Elizabeth C. Thompson<br>Christopher L. Peterson<br>Cuong Minh Nguyen<br>Peter J. Salmon<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17935<br>San Diego, CA 92177-0935<br>ethompson@piteduncan.com<br>cpeterson@piteduncan.com<br>cnguyen@piteduncan.com<br>psalmon@pitduncan.com<br>*Attorneys for Saxon Mortgage Services, Inc.* |

[X]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 27, 2012, at Irvine, California.

_____
Courtney Hershey