UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CHRISTOPHER GENE LYMAN; JESSICA HELEN O'DANIEL,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC; FIRST NLC FINANCIAL SERVICES, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____/ | No.  1:11-CV-00433 NJV<br><br>ORDER RE EX PARTE APPLICATION FOR PROTECTIVE ORDER OR ORDER SHORTENING TIME |

Defendants have filed an *ex parte* application for protective order or, in the alternative, notice of motion and motion to shorten time re hearing of motion for protective order. (Docket no. 140.)  Plaintiffs are HEREBY GRANTED until 4:30 p.m. on Friday, March 15, 2013, to file a responsive letter brief to Defendants' application for a protective order, not to exceed five pages in length.  Defendants may file a reply letter brief, again no longer than five pages in length, no later than 4:30 p.m. on Monday, March 18, 2013.  The matter will be heard on Tuesday, March 19, 2013, at 10:00 a.m., along with the other matters set to be heard in this case on that date.  To appear telephonically at the hearing, the parties shall dial 1-888-684-8852, enter access code 1868782, and enter password 7416.

IT IS SO ORDERED.

Dated:  March 13, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge