UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CHRISTOPHER GENE LYMAN; JESSICA HELEN O'DANIEL,<br><br>   Plaintiffs,<br><br>   v.<br><br>SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC; FIRST NLC FINANCIAL SERVICES, LLC; and DOES 1 through 100, inclusive,<br><br>   Defendants.<br>_____/ | No. 1:11-CV-00433 NJV<br><br>ORDER TAKING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT UNDER SUBMISSION |

Defendants have filed a Motion to Dismiss Plaintiffs' Fourth Amended Complaint, which is set for hearing before the court on June 4, 2013. The matter is fully briefed. Pursuant to Civil Local Rule 7-1(b), the Court finds that this matter is appropriate for decision without oral argument and takes the matter under submission. The matter will be decided on the papers.

IT IS SO ORDERED.

Dated: May 28, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge