UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CHRISTOPHER GENE LYMAN, JESSICA HELEN O'DANIEL, <br><br>Plaintiffs, <br><br>v. <br><br>SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING, LLC; FIRST NLC FINANCIAL SERVICES, LLC; and DOES 1 through 100, inclusive, <br><br>Defendants. <br>_____ / | No. 1:11-CV-00433 NJV <br><br>ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE |

On June 13, 2013, Plaintiffs filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit. (Docket no. 167.) Accordingly, the further case management conference set in this case for June 18, 2013, is HEREBY VACATED and will be reset following a ruling by the Ninth Circuit.

IT IS SO ORDERED.

Dated: June 14, 2013

NANDOR J. VADAS
United States Magistrate Judge