**United States District Court**

For the Northern District of California

1
2
3
4
5           UNITED STATES DISTRICT COURT
6           NORTHERN DISTRICT OF CALIFORNIA
7                 EUREKA DIVISION
8

9   CHRISTOPHER GENE LYMAN,              No.  1:11-CV-00433 NJV
    JESSICA HELEN O'DANIEL,
10                                       ORDER VACATING FURTHER
              Plaintiffs,                CASE MANAGEMENT CONFERENCE
11
         v.
12
    SAXON   MORTGAGE   SERVICES,   INC.;
13  OCWEN  LOAN  SERVICING,  LLC;  FIRST
    NLC  FINANCIAL  SERVICES,  LLC;  and
14  DOES 1 through 100, inclusive,
15
              Defendants.
16  _____/

17          On June 13, 2013, Plaintiffs filed a Notice of Appeal to the United States Court of Appeals

18  for the Ninth Circuit.  (Docket no. 167.)   Accordingly, the further case management conference set

19  in this case for June 18, 2013, is HEREBY VACATED and will be reset following a ruling by the

20  Ninth Circuit.

21  IT IS SO ORDERED.

22  Dated: June 14, 2013

23                                       _____
                                         NANDOR J. VADAS
24                                       United States Magistrate Judge

25
26
27
28